No. 61523.—Moosalina Products Corp. et al. v. United States, protests 174703–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C. D. 1886), the claim of the plaintiffs was sustained.

No. 61524.—United Sales Company v. United States, protests 270905–K/7328, etc. (Chicago).

Opinion by DONLON, J. Plaintiff having raised no objection, the motion was granted on the ground that the protests were prematurely filed.

No. 61525.—The Best Foods, Inc. v. United States, protest 301901–K (New York).

Opinion by DONLON, J. Plaintiff having raised no objection, the motion was granted on the ground that the protest was prematurely filed.

No. 61526.—The Best Foods, Inc. v. United States, protests 301903–K and 301904–K (New York).

Opinion by DONLON, J. Plaintiff having raised no objection, the motion was granted on the ground that the protests were prematurely filed.

No. 61527.—The Best Foods, Inc. v. United States, protests 301907–K and 301908–K (New York).

Opinion by DONLON, J. Plaintiff having raised no objection, the motion was granted on the ground that the protests were prematurely filed.

No. 61528.—The Best Foods, Inc. v. United States, protest 301910–K (New York).

Opinion by DONLON, J. Plaintiff having raised no objection, the motion was granted on the ground that the protest was prematurely filed.

No. 61529.—The Best Foods, Inc. v. United States, protest 301913–K (New York).

Opinion by DONLON, J. Plaintiff having raised no objection, the motion was granted on the ground that the protest was prematurely filed.